IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SWAGWAY, LLC, <br><br> Defendant <br> _____ <br><br> SWAGWAY, LLC, <br><br> Counter Claimant, <br><br> v. <br><br> HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., <br><br> Counter Defendant. | Civil Action No. 3:17-cv-00339 |

**JOINT MOTION TO DISMISS**

Having received the Court's Order [DE 65] rejecting the previous Joint Motion to Dismiss [DE 64] on the basis that it requested this Court to retain jurisdiction to enforce the settlement agreement, the parties have stricken their request for this Court to retain jurisdiction to enforce the settlement agreement in this Joint Motion to Dismiss.  Therefore, the parties, Hangzhou Chic

Intelligent Technology Co., LTD., ("Chic") and Swagway, LLC ("Swagway") hereby file this Joint Motion to Dismiss.

Chic and Swagway have entered into a Settlement Agreement. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41 (c), that Chic and Swagway, by and through their counsel, jointly request that all claims, counterclaims, and affirmative defenses between them be dismissed with prejudice with each party bearing its own costs pursuant to the terms of the Settlement Agreement entered into on April 28, 2017.

Respectfully submitted,

/S/Joseph R. Fullenkamp
Joseph R. Fullenkamp
Email: Joseph.fullenkamp@btlaw.com
Barnes & Thornburg, LLP
700 1st Source Bank Center
100 N. Michigan
South Bend, Indiana 46601
Telephone: (574) 237-1269

Douglas A. Rettew
Gerald Ivey
Elizabeth Diane Ferrill
John M Williamson
Kelly Chieh Lu
Luke Joseph McCammon
Smith R. Brittingham , IV
Qingyu Yin
Robert Clark MacKichan , III
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001

Robert Francis McCauley
Jacob Adam Schroeder
Finnegan Henderson Farabow Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

*Counsel for Plaintiff*

/S/Michael D. Marston
Michael D. Marston
Email: mmarston@bhlawyers.net
BOTKIN & HALL, LLP
105 East Jefferson Boulevard
South Bend, Indiana 46601
Telephone: (574) 234-3900
Fax: (574) 236-2839

Lei Mei
E-mail: mei@meimark.com
Irene Chen
E-mail: ichen@meimark.com
Mei & Mark LLP
818 18th Street, N.W., Suite 410
Washington, DC 20006
Telephone: (888) 860-5678

Man Li
E-Mail: mli@meimark.com
Mei & Mark LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210

*Counsel for Defendant, Swagway, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of June, 2017, the foregoing was filed electronically via CM/ECF, which sends notification of filings to all parties of record.

                                                       */s/ Michael D. Marston*
                                                       Michael D. Marston