UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWAGWAY, LLC, )<br>)<br>Defendant. ) | <br><br><br><br>CAUSE NO. 3:17-CV-339-PPS-MGG |
| SWAGWAY, LLC, )<br>)<br>Counter Claimant, )<br>)<br>v. )<br>)<br>HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., )<br>)<br>Counter Defendant. ) | |

## ORDER

The Parties' Joint Motion to Dismiss [DE 66] is **SO ORDERED**. All claims, counterclaims, and affirmative defenses between Swagway, LLC and Hangzhou Chic Intelligent Technology Co. Ltd. are **DISMISSED WITH PREJUDICE**, each party bearing its own costs. This case is thereby **CLOSED.** All future settings and deadlines are **VACATED .**

**SO ORDERED**.

ENTERED: June 6, 2017.

 s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**